# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW JACOBS,<br><br>Defendant. | Criminal Action No.: 03-cr-553-JLL-04<br><br>**ORDER** |

The Court has received and reviewed Defendant, Matthew Jacob's request for early termination of his period of supervised release dated January 12, 2009.  After consideration of Defendant's request and the Government's communication to this Court in opposition to same of February 9, 2009,  it is hereby ordered that Defendant, Matthew Jacob's request is DENIED.

Dated: February 10, 2009

_____
JOSÉ L. LINARES,
UNITED STATES DISTRICT JUDGE